ANITA MAJOR, Appellant, v WILLIAM K. MAJOR, JR., Respondent. [716 NYS2d 222] —Order unanimously affirmed with costs. Memorandum: In light of the ability of each party to bear his or her own legal and experts' fees, and given defendant's prior contribution of $7,500 toward such fees incurred by plaintiff, Supreme Court did not abuse its discretion in denying the application to require defendant to pay plaintiff's outstanding legal and expert fees (*see, Kamerman v Kamerman*, 269 AD2d 165; *Nielsen v Nielsen*, 256 AD2d 1173; *Goddard v Goddard*, 256 AD2d 545, 547; *Matter of Whittaker v Feldman*, 113 AD2d 809, 812). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Counsel Fees.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.